```
     UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

   IN RE:                                        CASE NO. 06 B 15992
      STEPHEN B MCELRATH
      LINDA MCELRATH                             CHAPTER 13

                                                 JUDGE: BRUCE W BLACK

             Debtor
      SSN XXX-XX-2830     SSN XXX-XX-0939
```

---
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 12/05/06 and confirmed on 03/07/07.

   2.  The case was dismissed after confirmation, 09/21/2007.

   3.  The Debtor paid a total of $   6168.77 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SN SERVICING CORPORATION | CURRENT MORTG | .00 | .00 | .00 |
| SN SERVICING CORPORATION | MORTGAGE ARRE | 22872.49 | .00 | .00 |
| NATE LYNN | SECURED | .00 | .00 | .00 |
| WELLS FARGO FINANCIAL AC | SECURED VEHIC | 16000.00 | 816.69 | 2564.98 |
| INTERNAL REVENUE SERVICE | PRIORITY | 18674.75 | .00 | .00 |
| ALL CREDIT LENDERS | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED WASTE SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 2128.64 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 972.67 | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | 1609.22 | .00 | .00 |
| CREDIT ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS ALLIANCE INC | UNSECURED | NOT FILED | .00 | .00 |
| ISLAND NATIONAL GRP | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL CAPITAL MANAGEM | UNSECURED | 2547.11 | .00 | .00 |
| VATIV RECOVERY SOLUTIONS | UNSECURED | 1341.17 | .00 | .00 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 547.56 | .00 | .00 |

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | UNSECURED | 3575.95 | .00 | .00 |
| NICOR GAS | UNSECURED | 6206.96 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 3798.05 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 283.81 | .00 | .00 |

             Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|

```
--------------------------------------------------------------------------
TOTAL CLMS ALLOWED      38872.49       22472.80       19213.09         .00    80558.38
PRINCIPAL PAID           2564.98            .00            .00         .00     2564.98
INTEREST PAID             816.69            .00            .00         .00      816.69
TOTAL PAID               3381.67            .00            .00         .00     3381.67
```
The Debtor's attorney, PATRICK A MESZAROS              , was allowed $   3000.00
and was paid $     676.00   direct and $    2123.81   through the plan.

The Trustee received $     183.75 .

Refunds to the Debtor totaled $    179.54 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 12/18/07                          /S/
                                                  GLENN STEARNS
                                                  CHAPTER 13 TRUSTEE